**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CASE NO. 01-cv-645-JLK**

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

vs.

KENNETH ROY WEARE aka ROY WEAVER,
J&K GLOBAL MARKETING CORPORATION, AND
AAA-AUCTION.COM, INC.

    Defendants

**ORDER ON RECEIVER'S UNOPPOSED MOTION FOR
ORDER DETERMINING ASSETS OF J&K GLOBAL MARKETING
CORPORATION AND AAA-AUCTION.COM, INC.
LIABLE FOR OBLIGATIONS OF KENNETH ROY WEARE**

**THE COURT**, being advised in the premises, and having received and reviewed the Receiver's Unopposed Motion for Order Determining Assets of J&K Global Marketing Corporation and AAA-Auction.com, Inc. Liable for Obligations of Kenneth Roy Weare (doc. #146)) filed on November 22, 2006, and finding the relief requested therein reasonable and justified under the circumstances of this receivership estate,

**FINDS** that Kenneth Roy Weare and J&K Global Marketing Corporation are the alter egos of one another, that Kenneth Roy Weare and AAA-Auction.com, Inc. are the alter egos of one another, that justice requires recognizing the substance of the relationships over the forms because these corporate fictions were utilized to perpetuate a fraud or defeat a right claim and

1

that an equitable result is achieved by reverse piercing in this matter.  Therefore, the Court

**ORDERS** that the Receiver's Motion is GRANTED.  The assets of J&K Global Marketing Corporation and of AAA-Auction.com, Inc., including the funds on deposit in the registry of the Court, are hereby liable for the obligations of Kenneth Roy Weare to the investors in J&K Global Marketing and AAA-Auction.com, Inc. and are available to satisfy the judgments against Kenneth Roy Weare entered by this Court on January 15, 2002.

**DATED** this 6th day of December, 2006.

                                           **BY THE COURT:**

                                           *S/John L. Kane*
                                           Senior Judge John L. Kane
                                           United States District Court