**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CASE NO. 01-cv-645-JLK**

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff

vs.

KENNETH ROY WEARE aka ROY WEAVER,
J&K GLOBAL MARKETING CORPORATION, AND
AAA-AUCTION.COM, INC.

    Defendants

**ORDER ON RECEIVER'S UNOPPOSED MOTION TO ESTABLISH
DEADLINE FOR FILING CLAIMS, TO APPROVE MANNER OF NOTICE TO
POTENTIAL CLAIMANTS, AND TO ESTABLISH CLAIMS REVIEW
PROCEDURES WITH CERTIFICATE OF CONFERENCE**

    **THE COURT**, being advised in the premises, and having received and reviewed the Receiver's Unopposed Motion to Establish Procedures and Deadline for Filing Claims, to Approve Manner of Notice to Potential Claimants, and to Establish Claims Review Procedures with Certificate of Conference (doc. #147) filed on November 22, 2006, and finding the relief requested therein reasonable and justified under the circumstances of this receivership estate,

    **ORDERS** that the Receiver's Motion to Establish Procedures is granted. The Receiver's proposed Proof of Claim Form and the proposed Claims Bar Date Notice are hereby approved. The Claims Bar Date for filing a Claim against this receivership estate is midnight Mountain Standard Time (0700 UTC GMT) on <u>March 12, 2007</u>. The Court

**FURTHER ORDERS** that the definitions and procedures set forth in paragraphs 6 through 38, 46 and 49 through 55 of the Receiver's Motion to Establish Procedures are hereby approved and adopted as an order of the Court. The Receiver is directed to proceed with the administration of this receivership estate in accordance with the definitions and procedures established by this Order.

**DATED** this 6th day of December , 2006.

                                        **BY THE COURT:**

                                        *S/John L. Kane*
                                        Senior Judge John L. Kane
                                        United States District Court