IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **01-cv-645-JLK**

**SECURITIES AND EXCHANGE COMMISSION**

      Plaintiff,

v.

**KENNETH ROY WEARE a/k/a ROY WEAVER,
J&K GLOBAL MARKETING CORPORATION,
and AAA-AUCTION.COM, INC.,**

      Defendants.

---

**ORDER DISMISSING MOTION FOR REVIEW BY COURT FILED BY
CLAIMANT KARYN DANIELS WITH PREJUDICE AND
DIRECTING PAYMENT OF ALLOWED CLAIM**

---

**THE COURT** having reviewed the Stipulated Motion (doc. #182) For Dismissal With Prejudice of Motion For Review By Court Filed by Claimant Karyn Daniels and Unopposed Motion for Payment of Allowed Claim filed September 4, 2007 ("Stipulated Motion"), and, being advised in the premises, the Court finds that the Receiver and Ms. Daniels have reached an amicable resolution of her claim against the receivership estate. The Court

**ORDERS** that the Stipulated Motion is granted. The Motion For Review by Court (doc. #169) Filed by Claimant Karyn Daniels is dismissed with prejudice. The Court

**FURTHER ORDERS** that the Clerk of the Court shall pay $750.00 to Karyn Daniels from the principal portion of the funds held in the registry of the Court under this case name and number.

Dated this 5th day of September, 2007.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT