IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **01-cv-645-JLK**

**SECURITIES AND EXCHANGE COMMISSION**

    Plaintiff,

v.

**KENNETH ROY WEARE a/k/a ROY WEAVER,
J&K GLOBAL MARKETING CORPORATION,
and AAA-AUCTION.COM, INC.,**

    Defendants.

---

**ORDER DISMISSING MOTION FOR REVIEW BY COURT FILED BY
CLAIMANT FRANK L. MILLER WITH PREJUDICE**

---

**THE COURT** having reviewed the Stipulated Motion For Dismissal With Prejudice of Motion For Review By Court Filed by Claimant Frank L. Miller (doc. #185) filed September 7, 2007 ("Stipulated Motion"), and, being advised in the premises, the Court finds that the Receiver and Mr. Miller have reached an amicable resolution of his claim against the receivership estate.  The Court

**ORDERS** that the Stipulated Motion is GRANTED.  The Motion For Review by Court Filed by Claimant Frank L. Miller (doc. #170) is dismissed with prejudice.

Dated this 7th day of September, 2007.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT