IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: October 15, 2007                    Deputy Clerk: Bernique Abiakam
                                          Court Reporter: Adrienne Whitlow

Civil Action No.: 01-cv-00645-JLK

SECURITIES AND EXCHANGE COMMISSION,        Leslie J. Hughes

    Plaintiff,

v.

KENNETH ROY WEARE a/k/a ROY WEAVER,
J&K GLOBAL MARKETING CORPORATION, and
AAA-AUCTION.COM, INC.,                     No Appearance

    Defendants,

PATTEN, MACPHEE & ASSOCIATES, INC.,        Christina J. Jobin
                                           Michael D. Burns

    Receiver.

## COURTROOM MINUTES

**Motions Hearing**

**2:17 p.m.    Court in session.**

Court calls case.

Preliminary remarks by the Court.

Counsel tenders Exhibit Packet to the Court.

2:19 p.m.    Argument by Ms. Jobin. Questions by the Court.

Discussion regarding Claimant, James Raissis; Motion For Review By Court (Filed 7/16/07; Doc. No. 167).

**ORDERED: Recommendation/Request by the Receiver is GRANTED in the**

*01-cv-00645-JLK*
*Motions Hearing*
*October 15, 2007*

        amount of $375.00. The remainder of the claimant's request is DENIED.

**ORDERED:** Motion For Review By Court (Filed 7/16/07; Doc. No. 167) is GRANTED in PART and DENIED in PART, in accordance with Receiver's recommendation/request.

2:23 p.m.    Further argument by Ms. Jobin.

Discussion regarding Claimant, Robert Lee Pillow, III; Motion For Review By Court (Filed 9/24/07; Doc. No. 189).

**ORDERED:** Recommendation/Request by the Receiver is GRANTED in the amount of $1500.00.

**ORDERED:** Motion For Review By Court (Filed 9/24/07; Doc. No. 189) is GRANTED in accordance with Receiver's recommendation/request.

Discussion regarding Receiver's Exhibit 6.

**ORDERED:** Receiver's recommendation, from Exhibit 6, which will allow requested claims in their entirety is GRANTED.

**ORDERED:** Receiver's recommendation, from Exhibit 6, which will Partially Allow/ Disallow requested claims is GRANTED.

**ORDERED:** Receiver's recommendation, from Exhibit 6, which will Disallow requested claims in their entirety is GRANTED.

**ORDERED:** Receiver's request to cease any further claims is GRANTED. No further requests for claims will be accepted by the Receiver.

Counsel advises the Court regarding submission of a final report.

**The Court states the funds for restitution purposes will not be released until all the costs to the receiver and all the court costs are have been resolved.**

Discussion regarding consolidated claims. Supporting documentation has not been received.

Counsel states that the Receiver will file by its report on or before **December 1, 2007.**

*01-cv-00645-JLK*
*Motions Hearing*
*October 15, 2007*

**ORDERED:**   (Exhibit B) of Receiver's Combined Status Report And Motion For Order Authorizing And Directing Payment Of Allowed Claims And To Set hearing Date On Claimants' Motions For Review By Court With certificate Of Compliance (Filed 7/27/07; Doc. No. 177) is GRANTED.

The Court commends the Receivers for their work.

**2:34 p.m.        Court in recess.**
Time in court - 00:17.  Hearing concluded.