IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **01-cv-645-JLK**

**SECURITIES AND EXCHANGE COMMISSION**

    Plaintiff,

v.

**KENNETH ROY WEARE a/k/a ROY WEAVER,
J&K GLOBAL MARKETING CORPORATION,
and AAA-AUCTION.COM, INC.,**

    Defendants.

---

**ORDER DISCHARGING RECEIVER**

---

**THE COURT** having reviewed the Receiver's Ninth and Final Report and Unopposed Motion to Discharge Receiver, With Certificate of Compliance (doc. #200) filed December 7, 2007, and being advised in the premises, finds that the Receiver has fully satisfied its duties to the Court and this receivership estate. The Court

**ORDERS** that the Unopposed Motion to Discharge Receiver is **GRANTED**. The Court

**FURTHER ORDERS** that Patten, MacPhee & Associates, Inc. is hereby discharged from further service in this matter.

Dated this 10th day of December, 2007.

                                          *S/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT