IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **01-cv-645-JLK**

**SECURITIES AND EXCHANGE COMMISSION**

    Plaintiff,

v.

**KENNETH ROY WEARE a/k/a ROY WEAVER,
J&K GLOBAL MARKETING CORPORATION, and
AAA-AUCTION.COM, INC.,**

    Defendants.

---

**ORDER**

---

    The Motion for Review by the Court (doc. #217), filed August 27, 2009, is DENIED. Final disbursements in this matter were made in January of this year, and the time for review has long since passed.

    DATED:  September 11, 2009

                                       BY THE COURT:

                                       *S/John L. Kane*
                                       JOHN L. KANE, SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT